IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL MENDOZA, | No. C 13-0862 WHA (PR) |
| Plaintiff, | **ORDER ADMINISTRATIVELY CLOSING CASE; INSTRUCTIONS TO CLERK** |
| v. | |
| M. SPEARMAN, Warden, | |
| Defendant. | |

This case was opened on February 26, 2013, when plaintiff, a prisoner of the State of California, filed a letter to the Honorable Thelton E. Henderson complaining about the medical care he received at Soledad State Prison. That day, the clerk notified plaintiff that he had not filed a complaint. The clerk also mailed to plaintiff the court's complaint forms, instructions for completing the forms, and a stamped return envelope. Plaintiff has responded by filing a motion to voluntarily dismiss this case without prejudice in which he states that he did not intend to file a civil rights action. Accordingly, the clerk shall administratively close this case has having been opened in error, send an electronic copy of the letter (dkt. 1) and this order to Judge Henderson, and terminate docket number four from the docket. No fee is due.

**IT IS SO ORDERED.**

Dated: March   19  , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.13\MENDOZA0862.DFP.wpd